[S. F. No. 8369. In Bank.—May 29, 1917.]

## FERDINAND CLAUDIUS, Petitioner, v. JOHN L. DAVIE, as Mayor of the City of Oakland, et al., Respondents.

CONSTITUTIONAL LAW—SELECTIVE DRAFT FOR MILITARY SERVICE—SLAVERY AND INVOLUNTARY SERVITUDE.—The act of Congress approved May 17, 1917, providing for a selective draft for military service, is not in violation of section 1 of article XIII of the federal Constitution or section 18 of article I of the state Constitution, prohibiting slavery and involuntary servitude.

APPLICATION for a Writ of Prohibition directed against the Mayor and the Clerk of the City of Oakland.

The facts are stated in the opinion of the court.

W. R. Dunn, for Petitioner.

THE COURT.—Application for a writ of prohibition based on the claim that the act of Congress approved May 17, 1917, providing for what is known as the selective draft for military service, is in violation of section 1 of article XIII of the federal Constitution and section 18 of article I of the Constitution of this state, prohibiting "slavery" and "involuntary servitude." The claim is utterly without merit.

The application is denied.